IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERMAN ZEIGLER, # 186272, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO.  2:16-CV-747-WKW |
| CORIZON HEALTH SERVICES, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On September 15, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 3.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 3) is ADOPTED and that this action is TRANSFERRED to the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a).

DONE this 12th day of October, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE